■ In the Matter of JAMES PENDLETON et al., Individually and as Parents of LORI PENDLETON and Others, Infants, Appellants, v CESAR PERALES, as Commissioner of the New York State Department of Social Services, et al., Respondents.— Judgment unanimously affirmed, without costs, for reasons stated in memorandum decision at Supreme Court, Allegany County, Bayger, J. (Appeal from judgment of Supreme Court, Allegany County, Bayger, J.—art 78.) Present—Hancock, Jr., J. P., Doerr, Boomer, Green and O'Donnell, JJ.